# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Maria-Anne N. Newton v. Bayer Corporation, et al.* | No. 13-cv-20023-DRH |
| *Sherry Norris v. Bayer Schering Pharma AG, et al.* | No. 10-cv-11305-DRH |
| *Callista Nwoke v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12314-DRH |
| *Rebecca L. Oliveri v. Bayer Corporation, et al.* | No. 12-cv-20102-DRH |
| *Destarte' L. Osborne v. Bayer Corporation, et al.* | No. 10-cv-11878-DRH |
| *Shannon Peck-Cook v. Bayer Corporation, et al.* | No. 12-cv-10183-DRH |
| *Michele Perino v. Bayer Corporation, et al.* | No. 14-cv-10048-DRH |
| *Jennifer Peterson v. Bayer Pharma AG, et al.* | No. 14-cv-10052-DRH |
| *Khia Peterson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10688-DRH |
| *Brooke L. Phillips v. Bayer Pharma AG, et al.* | No. 11-cv-13194-DRH |
| *Patricia Ann Pilar v. Bayer Corporation, et al.* | No. 10-cv-13523-DRH |
| *Teresa Pleasant v. Bayer Corporation, et al.* | No. 11-cv-20138-DRH |
| *Ronald Pollack Individually and as Parent and Natural Guardian of R.P., an Infant v. Bayer Corporation, et al.* | No. 13-cv-20010-DRH |
| *Tanilla Ponder v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12569-DRH |
| *Barbara Ramirez v. Bayer Corporation, et al.* | No. 10-cv-12437-DRH |

| | |
|---|---|
| *Anita M. Ramsey v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11443-DRH |
| *Jacqueline Randan v. Bayer Corporation, et al.* | No. 12-cv-20086-DRH |
| *Gina Ray v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10363-DRH |
| *Courtney Reed v. Bayer Corporation, et al.* | No. 11-cv-13605-DRH |
| *Jeannett Regalado v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12552-DRH |
| *Tracy Renaud v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10474-DRH |
| *Ashley Nicole Rentz v. Bayer Corporation, et al.* | No. 13-cv-10742-DRH |
| *Kristin Robinson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10086-DRH |
| *Veronica Rogers v. Bayer Corporation, et al.* | No. 13-cv-10138-DRH |
| *Ashley Rohrer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10579-DRH |
| *Becky Roney v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12670-DRH |
| *Tiffiney Rooks v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11218-DRH |
| *Alecia Russell v. Bayer Corporation, et al.* | No. 11-cv-20119-DRH |
| *Christy Sands v. Bayer Corporation, et al.* | No. 09-cv-10041-DRH |
| *Rebecka Sawyer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12571-DRH |
| *Allison Schworm v. Bayer Corporation, et al.* | No. 13-cv-10792-DRH |
| *Catherine Agnes Scott v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10756-DRH |

| | |
|---|---|
| *Jennifer Lyn Sedik v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10789-DRH |
| *Patricia Sexton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 15-yz-00268-DRH |
| *Cathy Shafer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12835-DRH |
| *Angela Shook v. Bayer Corporation, et al.* | No. 11-cv-12956-DRH |
| *Kathryn Shurbet v. Bayer HealthCare LLC, et al.* | No. 14-cv-20001-DRH |
| *Debra Simons v. Bayer Corporation, et al.* | No. 14-cv-10360-DRH |
| *Marian Sinegar v. Bayer Corporation, et al.* | No. 10-cv-20460-DRH |
| *Sheila Smiley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10602-DRH |
| *LeAnn Smith v. Bayer Schering Pharma AG, et al.* | No. 10-cv-13073-DRH |
| *Raven Stanley v. Bayer Schering Pharma AG, et al.* | No. 10-cv-11308-DRH |
| *Lauren Steiner v. Bayer Corporation, et al.* | No. 12-cv-20111-DRH |

## <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the Motions to Dismiss, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:**  /s/*Caitlin Fischer*
   **Deputy Clerk**

Digitally signed by
Judge David R. Herndon
Date: 2016.01.12
09:32:58 -06'00'

APPROVED:
   DISTRICT JUDGE
   U. S. DISTRICT COURT

4